IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOSEPH MCGEE, JR.                                                     PLAINTIFF

VS.                                           CIVIL ACTION NO 4:19-CV-037-DMB-RP

HUMPHREYS COUNTY, MISSISSIPPI,                         DEFENDANTS
COLE MCGINNIS, DON BULLOCK,
DEMARI HENDERSON, DEXTER MCPHERSON,
EDWARD HUNTER, SEAN WILLIAMS, AND
GARRET FARMER

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Joseph McGee, Jr., joined by Defendants Humphreys County, Mississippi, Sherriff J.D. "Bubba" Roseman, Cole McGinnis, Don Bullock, Demari Henderson, Dexter McPherson, Edward Hunter, Sean Williams, and Garret Farmer, by and through counsel, and stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above styled case has been compromised and settled as between the parties and that the case should be, and is hereby, dismissed with prejudice, with each party bearing its own fees and costs.

Respectfully Submitted,

*s/ Ronald E. Stutzman, Jr.*
RONALD E. STUTZMAN, JR.
*Attorney for Plaintiff*

*s/ Wilton V. Byars III*
WILTON V. BYARS III
*Attorney for Defendants*

{D1236310.1}