IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JOSEPH MCGEE, JR.** **PLAINTIFF**

**V.** **NO. 4:19-CV-37-DMB-RP**

**HUMPHREYS COUNTY, et al.** **DEFENDANTS**

**ORDER CLOSING CASE**

On August 7, 2019, a stipulation was filed in this case in which the parties state that this "case has been compromised and settled as between the parties and that the case should be, and is hereby, dismissed with prejudice …." Doc. #24. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 8th day of August, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**